# United States District Court
# For the District of Columbia



FILED

JUN - 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD.<br><br>　　　　vs　　Plaintiff<br><br>LA GENERALE DES CARRIERS ET DES MINES EXPLOITATION<br><br>　　　　　　Defendant | CASE NUMBER  1:05CV01084<br><br>JUDGE: Richard J. Leon<br><br>DECK TYPE: Contract<br><br>DATE STAMP: 06/01/2005 |

Civil Acti

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __PLAINTIFF__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __INTELSAT GLOBAL SALES AND MARKETING, LTD.__ which have any outstanding securities in the hands of the public:

INTELSAT SUBSIDIARIES HOLDING CO., LTD. (BERMUDA); INTELSAT (BERMUDA) LTD. (BERMUDA); INTELSAT, LTD. (BERMUDA)

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__422596__
BAR IDENTIFICATION NO.

David I. Bledsoe
Print Name

601 KING STREET
Address

ALEXANDRIA   VA   22314
City　　　　　State　　　Zip Code

(703) 379 9424
Phone Number