IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTELSAT GLOBAL SALES AND
MARKETING, LTD., formerly known
as INTELSAT UK, LTD.,

    Plaintiff,

v.

LA GENERALE DES CARRIERS ET
DES MINES EXPLOITATION
d/b/a GECAMINES EXPLOITATION,

    Defendant.

Case Number 1:05CV01084
Honorable Richard J. Leon

### DEFENDANT GENERALE DES CARRIERES ET DES MINES' MOTION TO DISMISS THE COMPLAINT, OR IN THE ALTERNATIVE, TO STAY PROCEEDING AND COMPEL ARBITRATION

Defendant La Générale des Carrières et des Mines, formerly La Generale des Carrières et des Mines Exploitation, d/b/a Gecamines (hereinafter "Gecamines") moves this honorable Court for an order pursuant to Fed R. Civ. P. 12(b)(1) and 9 U.S.C. § 4 dismissing the complaint filed by Intelsat Global Sales and Marketing, Ltd. in light of the binding arbitration agreement between the parties, mandating that any dispute between the parties arising from the contracts at issue be submitted to binding arbitration in Paris, France, pursuant to the Rules of Arbitration of the International Chamber of Commerce. In the alternative, Gecamines requests that the Court stay these proceedings and compel arbitration under 9 U.S.C. § 3. As additional alternative grounds for dismissal, Gecamines respectfully requests that the Court dismiss the complaint on the grounds of forum non conveniens, as this matter is a breach of contract dispute between two foreign entities.

Gecamines respectfully refers this Court to the accompanying statement of points and authorities in support of this motion. LCvR 7(a).

## REQUEST FOR HEARING

Pursuant to Local Rule 7(f), Gecamines respectfully requests the Court entertain an oral hearing on this motion.

Date: September 6, 2005            Respectfully submitted,


_____/s/_____
Peter M. Boyle (D.C. Bar No. 441061)
Alexander M. Bullock (D.C. Bar No. 446168)
Svetlana S. Gans (D.C. Bar No. 478651)
KILPATRICK STOCKTON LLP
607 14th Street, N.W., Suite 900
Washington, D.C. 20005
Telephone:    (202) 508-5800
Facsimile:     (202) 508-5858

Attorneys for Defendant La Générale des Carrières et des Mines, formerly La Generale des Carrières et des Mines Exploitation, d/b/a Gecamines