IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTELSAT GLOBAL SALES AND
MARKETING, LTD., formerly known
as INTELSAT UK, LTD.,

    Plaintiff,

v.                                        Case Number 1:05CV01084
                                         Honorable Richard J. Leon

LA GENERALE DES CARRIERS ET
DES MINES EXPLOITATION
d/b/a GECAMINES EXPLOITATION,

    Defendant.

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Having considered the motion of Defendant La Générale des Carrières et des Mines, formerly La Generale des Carrières et des Mines Exploitation, d/b/a Gecamines to dismiss, the points and authorities in support of and in opposition to that motion, and the arguments of counsel, it is hereby ORDERED that defendant's motion be GRANTED and the above-styled suit is dismissed with prejudice.

It is so ORDERED.

Washington, D.C.

Dated: _____           _____
                                                    Hon. Richard J. Leon
                                                    United States District Judge

**PARTIES ENTITLED TO NOTICE OF ENTRY OF THIS ORDER**

David I. Bledsoe, Esq.
601 King Street
Alexandria, VA 22314
Telephone:     (703) 379-9424
Facsimile:     (703) 684-1851

*Attorney for Intelsat Global Sales and Marketing, Ltd.*

Peter M. Boyle, Esq.
Alexander M. Bullock, Esq.
Svetlana S. Gans, Esq.
KILPATRICK STOCKTON LLP
607 14th Street, N.W., Suite 900
Washington, D.C.  20005
Telephone:     (202) 508-5800
Facsimile:     (202) 508-5858

*Attorneys for Defendant La Générale des Carrières et des Mines,*
*formerly La Generale des Carrières et des Mines Exploitation, d/b/a Gecamines*