IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTELSAT GLOBAL SALES AND
MARKETING, LTD., formerly known
as INTELSAT UK, LTD.,

      Plaintiff,

v.                                                                        Case Number 1:05CV01084
                                                                          Honorable Richard J. Leon

LA GENERALE DES CARRIERS ET
DES MINES EXPLOITATION
d/b/a GECAMINES EXPLOITATION,

      Defendant.


**[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Having considered the motion of Defendant La Générale des Carrières et des

Mines, formerly La Generale des Carrières et des Mines Exploitation, d/b/a Gecamines to

stay the above-captioned suit and compel arbitration pursuant to 9 U.S.C. § 3, the points

and authorities in support of and in opposition to that motion, and the arguments of

counsel, it is hereby ORDERED that defendant's motion be GRANTED and the above-

styled suit be stayed pending the parties' arbitration proceeding.

      It is so ORDERED.

Washington, D.C.

Dated:  _____                        _____
                                                   Hon. Richard J. Leon
                                                   United States District Judge

## PARTIES ENTITLED TO NOTICE OF ENTRY OF THIS ORDER


David I. Bledsoe, Esq.
601 King Street
Alexandria, VA 22314
Telephone:     (703) 379-9424
Facsimile:     (703) 684-1851

*Attorney for Plaintiff Intelsat Global Sales and Marketing, Ltd.*

Peter M. Boyle, Esq.
Alexander M. Bullock, Esq.
Svetlana S. Gans, Esq.
KILPATRICK STOCKTON LLP
607 14th Street, N.W., Suite 900
Washington, D.C.  20005
Telephone:     (202) 508-5800
Facsimile:     (202) 508-5858

*Attorneys for Defendant La Générale des Carrières et des Mines,*
*formerly La Generale des Carrières et des Mines Exploitation, d/b/a Gecamines*