IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTELSAT GLOBAL SALES AND
MARKETING, LTD., formerly known
as INTELSAT UK, LTD.,

    Plaintiff,

v.                                                                              Case Number 1:05CV01084
                                                                                Honorable Richard J. Leon

LA GENERALE DES CARRIERS ET
DES MINES EXPLOITATION
d/b/a GECAMINES EXPLOITATION,

    Defendant.

## **DECLARATION OF ALEXANDER M. BULLOCK**

1.    Attached as Exhibit 1 is a true and correct copy of the Terms and Conditions (Attachment 2) to the Novation Agreement that Intelsat's counsel served on Gecamines.

2.    Attached as Exhibit 2 is a true and correct copy of an Invoice dated October 1, 2002 from Intelsat Global Sales and Marketing Ltd. to Mr. Modeste Mutombo Kyamakosa, Telecommunications Adviser, Gecamines Exploitation.

3.    Attached as Exhibit 3 is a true and correct copy of the Rules of Arbitration of the International Chamber of Commerce as downloaded from the International Court of Arbitration's website at http://www.iccwbo.org/court/english/arbitration/rules.asp.

I declare under penalty of perjury, under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.


Date: September 6, 2005                                /s/
                                                                 Alexander M. Bullock