IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTELSAT GLOBAL SALES AND
MARKETING, LTD., formerly known
as INTELSAT UK, LTD.,

      Plaintiff,

v.

LA GENERALE DES CARRIERS ET
DES MINES EXPLOITATION
d/b/a GECAMINES EXPLOITATION,

      Defendant.

Case Number 1:05CV01084
Honorable Richard J. Leon

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Defendant La Générale des Carrières et des Mines, formerly La Generale des Carrières et des Mines Exploitation, d/b/a Gecamines, certify that to the best of my knowledge and belief, that there are no parent companies, subsidiaries, or affiliates of Defendant that have any outstanding securities in the hands of the public. This representation is made in order that judges of this court may determine the need for recusal.

Date: September 6, 2005

Respectfully submitted,

      /s/
Peter M. Boyle (D.C. Bar No. 441061)
Alexander M. Bullock (D.C. Bar No. 446168)
Svetlana S. Gans (D.C. Bar No. 478651)
KILPATRICK STOCKTON LLP
607 14th Street, N.W., Suite 900
Washington, D.C. 20005
Telephone:    (202) 508-5800
Facsimile:    (202) 508-5858

*Attorneys for Defendant La Générale des Carrières et des Mines, formerly La Generale des Carrières et des Mines Exploitation, d/b/a Gecamines*