IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD., <br><br> Plaintiff, <br><br> v. <br><br> LA GENERALE DES CARRIERS ET DES MINES EXPLOITATION, doing business as GECAMINES EXPLOITATION, <br><br> Defendant. | CA No.1:05CV01084 <br> Hon. Richard J. Leon |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT, OR IN THE ALTERNATIVE,
TO STAY PROCEEDING AND COMPEL ARBITRATION**

Plaintiff Intelsat Global Sales and Marketing, Ltd., by counsel, respectfully submits this Opposition to defendant La Generale Des Carriers et Des Mines Exploitation's Motion To Dismiss The Complaint, Or In The Alternative, To Stay Proceeding And Compel Arbitration. This matter is properly before this Court, as the parties agreed that this Court should have jurisdiction over this dispute. The Motion must be denied.

A Memorandum of Points and Authorities is filed herewith.

## **REQUEST FOR HEARING**

Pursuant to Local Rule 7(f), Plaintiff respectfully requests oral hearing on this Motion.

                              INTELSAT GLOBAL SALES AND
                              MARKETING, LTD.
                              By Counsel

_____
David I. Bledsoe
Bar Number 422596
601 King Street
Alexandria, VA  22314
703-379-9424
703-684-1851(fax)