IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD., <br><br> Plaintiff, <br><br> v. <br><br> LA GENERALE DES CARRIERS ET DES MINES EXPLOITATION, doing business as GECAMINES EXPLOITATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CA No. 1:05CV 01084 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**AFFIDAVIT OF JOHN STRAND**

Pursuant to 28 U.S.C. §1746, and under penalty of perjury, John Strand deposes and says:

1. I am the Assistant Controller of Revenue Control of Intelsat Global Service Corporation. My job responsibilities include supervision of the production of invoices sent to customers of Intelsat Global Sales and Marketing, Ltd. ("Intelsat Global"), including those sent to defendant La Generale Des Carriers et Des Mines Exploitation ("Gecamines"), and supervision of the collection of accounts receivable from customers of Intelsat Global, including Gecamines. I am over twenty-one years of age, and am competent to make this Affidavit.

2. There is no record of Intelsat Global's ever receiving any correspondence of any sort from Gecamines disputing any of the quarterly service invoices issued under the Service Contracts that are at issue in this case.

3. Under the Terms and Conditions applicable to the Service Contracts in this case, a customer must raise any dispute over an invoice as soon as possible, but no later than 45 days after the invoice date.

4. The earliest quarterly invoice that remains unpaid was issued April 1, 2003. The most recent quarterly invoice that remains unpaid was issued October 1, 2004. There is no record of Gecamines ever disputing any of these quarterly invoices.

5. I declare under penalty of perjury that the foregoing Affidavit is true and correct to the best of my knowledge, information, and belief. Executed on September 16TH, 2005.

_____
John Strand