IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND<br>MARKETING, LTD., formerly known<br>as INTELSAT UK, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>LA GENERALE DES CARRIERS ET<br>DES MINES EXPLOITATION, doing<br>business as GECAMINES EXPLOITATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CA No.1:05CV01084<br>) Hon. Richard J. Leon<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED ORDER DENYING DEFENDANT'S MOTION TO DISMISS**

This matter having come before the Court on defendant La Generale Des Carriers et Des Mines Exploitation's Motion To Dismiss The Complaint, Or In The Alternative, To Stay Proceeding And Compel Arbitration, and the Court having considered arguments of counsel, it is hereby

ORDERED that the Motion is denied, and defendant shall file its answer within ten days.

ENTERED this _____ day of _____, 200 __.

_____
Hon. Richard J. Leon
United States District Judge

20