IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD., <br><br>  Plaintiff, <br><br> v. <br><br> LA GENERALE DES CARRIERS ET DES MINES EXPLOITATION, doing business as GECAMINES EXPLOITATION, <br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CA No.1:05CV01084
Hon. Richard J. Leon

**JOINT MOTION FOR STAY**

Plaintiff Intelsat Global Sales and Marketing, Ltd. and Defendant La Generale Des Carrieres et Des Mines Exploitation jointly file this Joint Motion for Stay, and in support thereof, state the following:

1. On November 8, 2005, the parties entered into a tentative settlement that may result in full resolution of all issues between them. Pursuant to the tentative settlement reached by the parties, Gecamines is required to make certain timely payments over the next three months. If all payments are made on time, including the last payment by February 15, 2006, Intelsat will dismiss this Action with prejudice.

2. The parties agree that it is in their best interests to permit Gecamines an opportunity to make the payments scheduled in the tentative settlement in an effort to resolve this case short of further litigation, and have therefore agreed to jointly file this Motion.

3. Gecamines is unable to complete make the payments contemplated by the settlement any more promptly than by February 15, 2006.

4. The parties therefore jointly move this Court to stay all further proceedings in this case, including resolution of the Motion To Dismiss The Complaint, Or In The Alternative, To Stay Proceedings And Compel Arbitration pending before the Court until February 20, 2006, to permit Gecamines the opportunity to complete the scheduled payments. The parties further submit that it is in the interest of judicial economy and conservation of the Court's resources to permit this brief stay.

For the foregoing reasons, Plaintiff Intelsat Global Sales and Marketing, Ltd. and Defendant La Generale Des Carriers et Des Mines Exploitation jointly move this Court to stay proceedings in this matter until February 20, 2006.

INTELSAT GLOBAL SALES AND
MARKETING, LTD.

By Counsel

David I. Bledsoe
Bar Number 422596
601 King Street
Alexandria, VA 22314
703-379-9424
703-684-1851(fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND<br>MARKETING, LTD., formerly known<br>as INTELSAT UK, LTD.,<br><br>     Plaintiff,<br><br>v.<br><br>LA GENERALE DES CARRIERS ET<br>DES MINES EXPLOITATION, doing<br>business as GECAMINES EXPLOITATION,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CA No.1:05CV01084<br>) Hon. Richard J. Leon<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

The parties having filed a Joint Motion for Stay, and in consideration of the arguments in support, and to permit the parties an opportunity to resolve this matter, it is hereby

ORDERED that the proceedings in this matter are stayed until February 20, 2006. The parties are to report to the Court no later than February 17, 2006 whether this matter has been finally settled.

ENTERED this _____ day of _____, 200 __.


_____
Hon. Richard J. Leon
United States District Judge

LA GENERALE DES CARRIERS ET
DES MINES EXPLOITATION
By Counsel

_____
Peter M. Boyle
Bar No. 441061
Kilpatrick Stockton, LLP
607 14th Street, N.W., Suite 900
Washington DC  20005
202-508-5831
202-508-0057 (fax)

Copies:

David I. Bledsoe
601 King Street
Alexandria, VA  22314

Peter M. Boyle
Kilpatrick Stockton, LLP
607 14th Street, N.W., Suite 900
Washington DC  20005