IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND<br>MARKETING, LTD., formerly known<br>as INTELSAT UK, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>LA GENERALE DES CARRIERS ET<br>DES MINES EXPLOITATION, doing<br>business as GECAMINES EXPLOITATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CA No.1:05CV01084<br>)  Hon. Richard J. Leon<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Intelsat Global Sales and Marketing, Ltd. and Defendant La Generale Des Carriers et Des Mines Exploitation, pursuant to F.R.Civ. P. Rule 41(a), file this Stipulation of Dismissal with Prejudice.

INTELSAT GLOBAL SALES AND
MARKETING, LTD.

By Counsel

*[signature]*

David I. Bledsoe
Bar Number 422596
601 King Street
Alexandria, VA  22314
703-379-9424
703-684-1851(fax)

LA GENERALE DES CARRIERS ET
DES MINES EXPLOITATION
By Counsel

_____
Peter M. Boyle
Bar No. 441061
Kilpatrick Stockton, LLP
607 14th Street, N.W., Suite 900
Washington DC  20005
202-508-5831
202-508-0057 (fax)